WHEN RECORDED MAIL TO:

D. Scott Carruthers, (SBN 68745)
D. Scott Carruthers, APLC
8448 Katella Ave
Stanton CA 90680
Email: dsclawoff@aol.com
Telephone: (714) 761-3976

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| NATIONWIDE JUDGMENT RECOVERY INC. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | CV 2:21-mc-00490 |
| v. | |
| TODD DISNER et al | **ABSTRACT OF JUDGMENT/ORDER** |
| DEFENDANT(S). | |

I certify that in the above-entitled action and Court, Judgment/Order was entered on April 01, 2021
in favor of NATIONWIDE JUDGMENT RECOVERY INC.
whose address is 8452 Katella Ave, Stanton CA 90680
and against SCOTT NGUYEN
whose last known address is 9352 MAUREEN DR, GARDEN GROVE CA 92841
for $ 13,737.00   Principal, $ 1,166.39   Interest, $ 0   Costs,
and $ 0.00   Attorney Fees.

ATTESTED this _____ day of APR 16 2021 ,20 .
Judgment debtor's driver's license no. and state; _____ (last 4 digits) [x] Unknown.
Judgment debtor's Social Security number; 0023   (last 4 digits) [ ] Unknown.
[x] No stay of enforcement ordered by Court
[ ] Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

SCOTT NGUYEN

9352 MAUREEN DR

GARDEN GROVE CA 92841

CLERK, U.S. DISTRICT COURT

By _____ (signature)
Deputy Clerk

Daniel Tamayo

1246

NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

G-18 (03/12)   ABSTRACT OF JUDGMENT/ORDER